Transcript of the Testimony of

# John Horan

March 05, 2020

JOHN HORAN, et al. vs UNIVERSITY HOSPITALS HEALTH SYSTEM, INC., et al.



**Cleveland Reporting Partners, LLC**
(216) 459-7880
scheduling@clereporting.com
clereporting.com

1              IN THE UNITED STATES DISTRICT COURT

2             FOR THE NORTHERN DISTRICT OF OHIO

3                      EASTERN DIVISION

4                 ~~~~~~~~~~~~~~~~~~~~

5
     JOHN HORAN, et al.,
6
                  Plaintiffs,
7

8          vs.              Case No.  1:18-CV-02054

9
     UNIVERSITY HOSPITALS HEALTH
10   SYSTEM, INC., et al.,

11              Defendants.

12

13                 ~~~~~~~~~~~~~~~~~~~~

14                    Deposition of

15                     JOHN HORAN

16
                     March 5, 2020
17                     9:00 a.m.

18                      Location:
                    Liner Legal, LLC
19          4269 Pearl Road, Suite 104
                    Cleveland, Ohio
20

21        Todd L. Persson, Notary Public

22

23

24

25

Page 2

```
 1   APPEARANCES:

 2

 3        On behalf of the Plaintiffs:

 4              ANDREW NOVEMBER, ESQ.

 5              Liner Legal, LLC

 6              4269 Pearl Road

 7              Suite 104

 8              Cleveland, OH 44109

 9              (216) 282-1773

10              anovember@linerlegal.com

11

12        On behalf of the Defendants:

13              DAVID A. CAMPBELL, ESQ.

14              Lewis Brisbois Bisgaard & Smith, LLP

15              1375 E. 9th Street

16              Suite 2250

17              Cleveland, OH 44114

18              (216) 298-1262

19              david.a.campbell@lewisbrisbois.com

20                    ~ ~ ~ ~ ~

21   ALSO PRESENT:

22              Charles Imperatore, Certified ASL

23              Interpreter

24                    ~ ~ ~ ~ ~

25
```

Page 3

1                      TRANSCRIPT INDEX

2

3    APPEARANCES................................    2

4

5    EXAMINATION OF JOHN HORAN:

6    By Mr. Campbell...........................    4

7

8    CERTIFICATE...............................   22

9

10   EXHIBIT CUSTODY

11   NO EXHIBITS MARKED

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

```
 1           (Thereupon, Charles Imperatore, Certified

 2    ASL Interpreter, was sworn.)

 3           JOHN HORAN, of lawful age, called for

 4    examination, as provided by the Federal Rules of

 5    Civil Procedure, being by me first duly sworn, as

 6    hereinafter certified, deposed and said as

 7    follows:

 8               EXAMINATION OF JOHN HORAN

 9    BY MR. CAMPBELL:

10    ANSWERS THROUGH INTERPRETER:

11       Q.    Good morning.  I'm David Campbell.  I'm

12    here to ask you some questions about the lawsuit

13    that you filed against University Hospitals.

14       A.    Yes.

15       Q.    Could you please state your name for the

16    record?

17       A.    John, J-O-H-N, Horan, H-O-R-A-N.

18       Q.    And what is your current address?

19       A.    6853 Talbot, T-A-L-B-O-T, Drive, Parma,

20    Ohio 44129.

21       Q.    Who resides there with you?

22       A.    My wife.

23       Q.    And is her name Antoinette?

24       A.    It's just the two of us.  That's correct.

25       Q.    Have you ever been through a deposition
```

Page 5

```
 1   like this?

 2       A.    No.

 3       Q.    I'm sure your counsel has given you

 4   instructions?

 5       A.    Yes.

 6       Q.    And here are my instructions.  If you

 7   need a break at any point, just let us know, okay?

 8       A.    Yes.  I understand.

 9       Q.    If you don't understand one of my

10   questions, just let the interpreter know.

11       A.    Okay.  I understand that.

12       Q.    And if you need to have me repeat

13   something or explain something, just let the

14   interpreter know.

15       A.    Okay.  I understand.

16       Q.    Do you have a hearing impairment?

17       A.    Yes.  I was born deaf.

18       Q.    Did you graduate from high school?

19       A.    No.  No.  I only went through the 7th

20   grade.  My father forced me to leave school.

21       Q.    Have you had any schooling since high

22   school?

23       A.    No.  I went to work after school.  I

24   worked after 7th grade.

25       Q.    When is the last time that you held a
```

Page 6

```
 1   job?
 2       A.    I worked at the Post Office --
 3       Q.    And when did you retire?
 4       A.    -- for 30 years.  1999 I retired.
 5       Q.    Do you have any children?
 6       A.    Yes.  I have two children.  Two sons.
 7       Q.    Is one of them John?
 8       A.    Yes.  John.  John II.
 9       Q.    And who's your other son?
10       A.    John, and then there's Thomas.
11       Q.    Does John II live in the Cleveland area?
12       A.    He lives in Pennsylvania, and he's a
13   student.  He's a college student there.
14       Q.    What school?
15       A.    It's in Pennsylvania.  He's studying to
16   get a Ph.D., but --
17       Q.    Okay.  Does he have a hearing impairment?
18       A.    No.  He's hearing.
19       Q.    Does --
20       A.    Both of my sons are hearing.
21       Q.    Okay.  Does Thomas live in the Cleveland
22   area?
23       A.    No.  He lives in Columbus.
24       Q.    Do you have insurance through your
25   employment with the Post Office, your former
```

Page 7

```
 1   employment?
 2       A.    Oh, yes.  Yes, I do.  I've had it --
 3   yeah, I've had it.
 4       Q.    And does that let you choose -- does your
 5   health insurance let you choose the hospital or
 6   the doctor that you would like to visit?
 7       A.    Yes.  I can do that.  Yes.  My insurance
 8   has been with the Post Office, and I'm allowed to
 9   do that, yes.
10       Q.    Your wife as well?
11       A.    Yes.  My wife, yes.
12       Q.    Can you read lips?
13       A.    A little bit.
14       Q.    Can you speak a little English?
15       A.    Yes.  Yes.  I can speak some English.
16       Q.    Can you communicate through written
17   notes?
18       A.    Yes, I can.  Yes.  I can do that.
19       Q.    Do you use any type of computer devices
20   to communicate through notes?
21       A.    No.  My wife does, though.
22       Q.    Do you have a videophone?
23       A.    Yes.
24       Q.    Do you use it?
25       A.    Yes.
```

Page 8

1    Q.    Does your wife use the videophone as

2    well?

3    A.    Yes.

4    Q.    Can you read and write English?

5    A.    Yes.

6    Q.    Can your wife?

7    A.    Of course I can.  Of course I can.  My

8    wife, no.  She's of Arabic -- she understands and

9    uses Arabic.

10   Q.    How do you communicate with your wife?

11   A.    We sign.  We sign together.  But written

12   communication doesn't work between us.  It's sign

13   language.

14   Q.    How did you communicate when you were

15   working for the Post Office for 30 years with your

16   co-workers?

17   A.    I write.  Well, before I worked for the

18   Post Office, I was a carpenter.

19   Q.    How did you communicate with your Post

20   Office employees over your employment?

21   A.    We communicated, yeah.  We communicated.

22   Wrote notes.  Some gesturing.  I didn't have any

23   problems there at the Post Office as a deaf

24   person.

25   Q.    How do you communicate if you were going

Page 9

1    to go to the grocery store today?

2        A.    Well, I don't really bother doing that.

3    I don't go to the grocery store.  I don't do that.

4        Q.    Does your wife?

5        A.    Yes.

6        Q.    How would she go about purchasing what

7    she needs to purchase?

8        A.    My wife understands -- you know, she can

9    look at things and read some things and understand

10   and get what she needs.

11       Q.    Can she read English?

12       A.    No.

13       Q.    Who is your current family physician?

14       A.    Oh, boy.  It's -- I have a bad memory.

15   You have to ask my wife that.

16       Q.    Have you ever seen Dr. Selah at UH?

17       A.    Oh, right.  Yes.  Yes.  Yeah, Dr. Selah,

18   yes.

19       Q.    Is he still --

20       A.    That's cardiology, for my heart.  That's

21   different.  That's only for my heart, yes.  The

22   doctor said my heart is so good I'm going to live

23   til 100 years old.  After the surgery, after my

24   surgery that was.

25       Q.    When did you have the surgery?

Page 10

1       A.      You have to ask -- I forget.  You have to

2   ask my wife.

3       Q.      Did you have the surgery --

4       A.      About four years ago.

5       Q.      -- at University Hospitals?

6       A.      Yes.  Plus, I had nine hip surgeries as

7   well.

8       Q.      At University Hospitals?

9       A.      No.  One in Lakewood, one in Cleveland,

10  one in Parma.  Parma Hospital.

11              THE INTERPRETER:  The interpreter is

12  asking for a clarification.

13      A.      The first was Lakewood.  The first

14  surgery was Lakewood.  Everything went very well.

15  And then the Cleveland Clinic was the second

16  place, and then Parma Hospital was the third.

17      Q.      When is the last time you've been at a

18  University Hospital facility?

19      A.      It was Parma Hospital yesterday.

20      Q.      Was that a regular appointment, or was

21  that the emergency room?

22      A.      It was a regular appointment.

23      Q.      Who did you see?

24      A.      Desli.

25      Q.      Can you help us with the spelling?

Page 11

```
 1       A.      I think it's D-E-S -- D-E-S-L --
 2               THE INTERPRETER:  The interpreter is
 3   asking for clarification.
 4       A.      D-E-S-L-I.
 5       Q.      I just -- could you tell us just in
 6   general; was it a family physician, was it for a
 7   certain ailment that you visited?
 8       A.      For my heart.  Cardiology.
 9       Q.      Just a checkup?
10       A.      Yesterday.  It was yesterday.
11       Q.      Do you see Dr. Desli on a regular basis
12   for your heart checkups?
13       A.      My arms feel wet.
14               So yesterday -- yeah, it's every three
15   months.
16       Q.      Is Dr. Desli a male or a female?
17       A.      Male.
18       Q.      Has he been a good doctor?
19       A.      He's pretty good, yeah.
20       Q.      Any issues with Dr. Desli?
21       A.      Before it was Dr. -- Dr. Tim, the last
22   name is Gallagher.  And he retired, and so now I'm
23   seeing Dr. Desli.
24       Q.      Any problems with Dr. Desli, or do you
25   like him?
```

Page 12

```
 1      A.      No, he's good.  He's okay.

 2      Q.      Did you like Dr. Gallagher?

 3      A.      Yes.  I was with him for 20 years, and

 4   now he's retired.

 5      Q.      How long have you been with Dr. Desli?

 6      A.      Two years.  Three years, maybe.  Two or

 7   three years.

 8      Q.      And why did you see Dr. Selah?

 9      A.      Dr. Selah, for my heart.

10      Q.      Did your wife see Dr. Selah as well?

11      A.      No.

12      Q.      Did you like Dr. Selah?

13      A.      He's okay.  He's okay.

14      Q.      Was he helpful?

15      A.      Yeah.  He would check me out, and I would

16   say yes, he was helpful.  He was -- from his face,

17   he looked like he may have been either Indian or

18   Pakistani.  He's a nice, nice person.

19      Q.      Have you had any problems with any of the

20   University Hospital doctors?

21      A.      My family doctor now is -- getting back

22   to that, K -- oh, it starts with a K-I -- it's a

23   female doctor is my family doctor.

24      Q.      Does your wife see her as well?

25      A.      Yes.
```

Page 13

1     Q.    Is she with University Hospitals?

2     A.    Well, she's at Southwest Hospital.

3     Q.    Okay.  Just focusing on University

4  Hospitals, have you had any problems with any of

5  the doctors that you've seen over the years?

6     A.    No.  No problem.

7     Q.    Have you had any problems with any of the

8  nurses at University Hospitals over the years?

9     A.    No.  Everything has been -- there hasn't

10 been any problems with anything, and I've been

11 able to understand.

12    Q.    They've been able to communicate with you

13 about the diagnosis and the care?

14    A.    Well, before, though, there was no

15 interpreter, and I would have to write -- write

16 notes.

17    Q.    Were you able to write the notes and get

18 the information from the doctors?

19    A.    Yes.

20    Q.    Do you have interpreters now, or do you

21 still write notes when you go to see your heart

22 doctor?

23    A.    At first -- at first I was having to

24 write notes, but then later an interpreter was

25 provided.

Page 14

```
 1      Q.    Did you have an interpreter yesterday
 2   when you visited your heart doctor?
 3      A.    Yes.
 4      Q.    Do you know who provided the interpreter?
 5      A.    From Parma, I don't remember the name --
 6   boy, I can't think of the name.  He's a young
 7   person, about --
 8            THE INTERPRETER:  The interpreter is
 9   asking for clarification.
10      A.    A 19-year-old interpreter, and that
11   interpreter was good.
12      Q.    Did UH provide the interpreter, or did
13   you bring the interpreter?
14      A.    They did, yeah.  I told them, and made
15   them aware, and then they called the interpreter.
16      Q.    Do you remember the last time you went to
17   University Hospitals when they didn't call an
18   interpreter for you?
19      A.    Before when there was no interpreter; is
20   that what you mean?
21      Q.    Yes.
22      A.    When there was no interpreter called,
23   maybe five years ago, I think.  I forget now.  Six
24   years ago?  Before, there was consistently no
25   interpreters provided.
```

Page 15

```
 1      Q.    In the last at least two or three years
 2   you've had interpreters every time you've visited
 3   UH?
 4      A.    Yes.
 5      Q.    And you're asking for the interpreters?
 6      A.    I told them to get an interpreter.
 7      Q.    Meaning the doctors that you go see?
 8      A.    Yes.  Yes, I would.  Sometimes if I have
 9   an appointment, I would tell them that I needed an
10   interpreter.
11      Q.    And --
12      A.    I don't know why my hand is wet.
13      Q.    I want to take you to the times when you
14   visited UH, and you didn't have an interpreter.
15      A.    Yes.
16      Q.    Did you communicate by reading lips and
17   writing notes?
18      A.    Writing notes.
19      Q.    And were you able to understand what the
20   doctor was doing for you?
21      A.    Well, the thing is, the doctor would come
22   in, and it was real short, you know, real
23   simplified, and that was it.
24      Q.    Were you able to write the notes and ask
25   questions?
```

Page 16

1    A.    Yes.  I was able to.

2    Q.    Did the doctor write notes back to you?

3    A.    Yes.

4    Q.    Were the doctors trying to be helpful?

5    A.    They were -- they were helpful.  Tim

6  Gallagher, as I said, I went -- I saw him for 20

7  years.  He would -- we would write notes, and we

8  would gesture.  He was good.

9    Q.    Why did you file this lawsuit?

10   A.    Because they refused to provide an

11 interpreter when I was in the hospital.

12   Q.    Anything else?  Any other reason?

13   A.    No.  It was just -- it was the one in

14 Parma.

15   Q.    What were you in the hospital for?

16   A.    I went to the emergency room.  Oh, I had

17 a real bad cough, and I had shortness of breath,

18 and I just was, like, in a coma.

19   Q.    What do you remember from the visit?

20   A.    I was so ill that it was almost like I

21 was in a coma.  And it was -- they found out that

22 I had CHF.

23   Q.    Who was with you, your wife?

24   A.    My wife, yes.

25   Q.    Did your son, or one of your sons, or

Page 17

1    both of your sons come?

2        A.     I think, yes.  I think -- yes.

3        Q.     Which one, or both?

4        A.     John II.

5        Q.     Was he there the whole time?

6        A.     Yeah.  He was able to sign.

7        Q.     Was he with you the whole time when you

8    were in the hospital?

9               THE INTERPRETER:  The interpreter is

10   asking for the patient to wait until I'm finished

11   signing the question.

12       A.     I think we were there all together, so

13   he -- yes.  The answer to that question would be

14   yes.

15       Q.     And was he able to communicate with the

16   doctors?

17       A.     Yes.

18       Q.     He can sign?

19       A.     Yes.  He signs, yes.  Of course.

20       Q.     Now, on that visit, did an interpreter

21   come after John and a patient advocate requested

22   one?

23              MR. NOVEMBER:  Let's take a break for a

24   second so you can clean your arm up.  Is that

25   okay?

Page 18

```
1            MR. CAMPBELL:  That's fine.

2                  (Recess had.)

3            MR. CAMPBELL:  Back on the record.

4       Q.    You were telling me about when you went

5   in for the cough to the Parma Hospital when we

6   broke.

7       A.    Yes.

8       Q.    Do you recall whether an interpreter came

9   in at any point during your stay that occasion?

10      A.    No.  No.  I don't believe so.

11      Q.    Was your son, John, living in Cleveland

12  during 2018?

13      A.    He was living with us in Parma, yes.

14      Q.    Was he going to your --

15      A.    He lived in Cleveland, and then he moved

16  to Parma.

17      Q.    Was he going to your doctor visits during

18  2018 with you?

19      A.    Yes.

20      Q.    Are there any other visits that you

21  recall that you have an issue with University

22  Hospitals?

23      A.    No.  No.  Just all -- just those years,

24  years ago, as I said, there was no interpreter.

25  But I did have surgery on my hip nine times, and I
```

Page 19

```
 1   never had an interpreter for those surgeries.
 2       Q.    On the times when you didn't have an
 3   interpreter, did you communicate either through
 4   your son or through writing?
 5       A.    Writing.  Just writing.
 6       Q.    Did you ever have an appointment at
 7   University Hospitals where you left not knowing
 8   what care you received?
 9       A.    No.  As I said, I just kind of went with
10   it, and in the past there were no interpreters
11   provided, even though I would still go.
12       Q.    And it seems like you've lived your life
13   being able to communicate with people either
14   through gestures or writing?
15       A.    Yes.
16       Q.    What do you want from this lawsuit?
17       A.    Well, I want an interpreter to be
18   provided, because it's -- I've been refused.
19       Q.    And UH has been providing interpreters
20   for the last several years, correct?
21       A.    Yes.  After -- after a time, yes.  I
22   don't remember dates.  I forget the dates.  My
23   wife, she's -- she would know.
24       Q.    On the occasion when you went and there
25   wasn't an interpreter at UH, were the medical
```

Page 20

1  professionals trying to communicate with you to

2  the best of their abilities?

3      A.    Well, they would try to write --

4            MR. NOVEMBER:  Dave, can we go off the

5  record so I can talk to you for just a moment?

6            (Discussion off the record.)

7            MR. CAMPBELL:  Back on the record.  This

8  will be -- you tell me -- we're going to stop the

9  deposition for today.  We'll come back at some

10  point later in March to conclude the deposition

11  and address the issues.  We understand he's having

12  a bad day, Mr. Horan, so we're going to come back,

13  and hopefully he's feeling better and able to

14  communicate -- not communicate -- recollect better

15  later in March.  So we'll come back in.  Today

16  we're just closing.  Is that fair?

17            MR. NOVEMBER:  That's fair.

18            MR. CAMPBELL:  Okay.  Then we'll come

19  back.  Why don't we break until -- so today we'll

20  stop.  Thank you, Mr. Horan, for coming today.

21  And I guess I would say if we have to come back

22  with him, if he's not feeling well and needs to go

23  home, you decide between now and 10:30 whether the

24  three of them need to leave, and we all come back,

25  or what you do.

Page 21

```
 1            MR. NOVEMBER:  Antoinette is fine.  She's

 2   okay.  And he can sit with John, Jr. Out there.

 3            MR. CAMPBELL:  Okay.  So we're just

 4   closing, but we're not -- the deposition is not

 5   ended.

 6            (The deposition was continued at 9:46

 7   a.m.)

 8                      SIGNATURE:

 9   It was agreed by and between counsel and the

10   parties that the Deponent will read and sign the

11   transcript of said deposition.

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 22

1                      CERTIFICATE

2   The State of Ohio,     )

3                                    SS:

4   County of Cuyahoga.   )

5           I, Todd L. Persson, a Notary Public
    within and for the State of Ohio, duly
6   commissioned and qualified, do hereby certify that
    the within named witness, JOHN HORAN, was by me
7   first duly sworn to testify the truth, the whole
    truth and nothing but the truth in the cause
8   aforesaid; that the testimony then given by the
    above-referenced witness was by me reduced to
9   stenotypy in the presence of said witness;
    afterwards transcribed, and that the foregoing is
10  a true and correct transcription of the testimony
    so given by the above-referenced witness.
11          I do further certify that this deposition
    was taken at the time and place in the foregoing
12  caption specified and was completed without
    adjournment.
13          I do further certify that I am not a
    relative, counsel or attorney for either party, or
14  otherwise interested in the event of this action.
            IN WITNESS WHEREOF, I have hereunto set
15  my hand and affixed my seal of office at
    Cleveland, Ohio, on this 25th day of
16  June, 2020.

17

18

19

21  _____
            Todd L. Persson, Notary Public
22            within and for the State of Ohio

23  My commission expires August 1, 2020.

24

25

Page 23

```
 1                     SIGNATURE PAGE

 2    In Re:      JOHN HORAN, et al. vs. UNIVERSITY
                  HOSPITALS HEALTH SYSTEM, INC., et
 3                al.

 4    Case Number:            1:18-CV-02054
      Deponent:               JOHN HORAN
 5    Deposition Date:        MARCH 5, 2020

 6   To the Reporter:

 7   I have read the entire transcript of my Deposition
     taken in the captioned matter or the same has been
 8   read to me.  I request that the following changes
     be entered upon the record for the reasons
 9   indicated.  I have signed my name to the Errata
     Sheet and the appropriate Certificate and
10   authorize you to attach both to the original
     transcript.

11

12

13
     _____
14   JOHN HORAN

15

16

17

18

19

20

21

22

23

24

25
```

JOHN HORAN, et al. vs UNIVERSITY HOSPITALS HEALTH SYSTEM, INC., et al.          1:18-CV-02054
John Horan on 03/05/2020

Page 24

1                          ERRATA SHEET

2     Page      Line              Change or Correction

3     _____   _____   _____

4     _____   _____   _____

5     _____   _____   _____

6     _____   _____   _____

7     _____   _____   _____

8     _____   _____   _____

9     _____   _____   _____

10    _____   _____   _____

11    _____   _____   _____

12    _____   _____   _____

13    _____   _____   _____

14    _____   _____   _____

15    _____   _____   _____

16    _____   _____   _____

17    _____   _____   _____

18    _____   _____   _____

19    _____   _____   _____

20    _____   NO CHANGES

21

22    _____    _____

23    JOHN HORAN                          Date

24

25

JOHN HORAN, et al. vs UNIVERSITY HOSPITALS HEALTH SYSTEM, INC., et al.                    1:18-CV-02054
John Horan on 03/05/2020                                                          Index: 100..Drive

**1**

**100**  9:23
**10:30**  20:23
**19-year-old**  14:10
**1999**  6:4

**2**

**20**  12:3 16:6
**2018**  18:12,18

**3**

**30**  6:4 8:15

**4**

**44129**  4:20

**6**

**6853**  4:19

**7**

**7th**  5:19,24

**A**

**abilities**  20:2
**address**  4:18 20:11
**advocate**  17:21
**ailment**  11:7
**allowed**  7:8
**Antoinette**  4:23 21:1
**appointment**  10:20,22 15:9
  19:6
**Arabic**  8:8,9
**area**  6:11,22
**arm**  17:24
**arms**  11:13

**aware**  14:15

**B**

**back**  12:21 16:2 18:3 20:7,9,12,
  15,19,21,24
**bad**  9:14 16:17 20:12
**basis**  11:11
**bit**  7:13
**born**  5:17
**bother**  9:2
**boy**  9:14 14:6
**break**  5:7 17:23 20:19
**breath**  16:17
**bring**  14:13
**broke**  18:6

**C**

**call**  14:17
**called**  14:15,22
**Campbell**  4:11 18:1,3 20:7,18
  21:3
**cardiology**  9:20 11:8
**care**  13:13 19:8
**carpenter**  8:18
**check**  12:15
**checkup**  11:9
**checkups**  11:12
**CHF**  16:22
**children**  6:5,6
**choose**  7:4,5
**clarification**  10:12 11:3 14:9
**clean**  17:24
**Cleveland**  6:11,21 10:9,15
  18:11,15
**Clinic**  10:15
**closing**  20:16 21:4
**co-workers**  8:16

**college**  6:13
**Columbus**  6:23
**coma**  16:18,21
**communicate**  7:16,20 8:10,14,
  19,25 13:12 15:16 17:15 19:3,13
  20:1,14
**communicated**  8:21
**communication**  8:12
**computer**  7:19
**conclude**  20:10
**consistently**  14:24
**correct**  4:24 19:20
**cough**  16:17 18:5
**counsel**  5:3
**current**  4:18 9:13

**D**

**D-E-S**  11:1
**D-E-S-L**  11:1
**D-E-S-L-I**  11:4
**dates**  19:22
**Dave**  20:4
**David**  4:11
**day**  20:12
**deaf**  5:17 8:23
**decide**  20:23
**deposition**  4:25 20:9,10 21:4
**Desli**  10:24 11:11,16,20,23,24
  12:5
**devices**  7:19
**diagnosis**  13:13
**discussion**  20:6
**doctor**  7:6 9:22 11:18 12:21,23
  13:22 14:2 15:20,21 16:2 18:17
**doctors**  12:20 13:5,18 15:7 16:4
  17:16
**Drive**  4:19

JOHN HORAN, et al. vs UNIVERSITY HOSPITALS HEALTH SYSTEM, INC., et al.        1:18-CV-02054
John Horan on 03/05/2020                                                      Index: emergency..moment

**E**

**emergency**  10:21 16:16

**employees**  8:20

**employment**  6:25 7:1 8:20

**ended**  21:5

**English**  7:14,15 8:4 9:11

**explain**  5:13

**F**

**face**  12:16

**facility**  10:18

**fair**  20:16,17

**family**  9:13 11:6 12:21,23

**father**  5:20

**feel**  11:13

**feeling**  20:13,22

**female**  11:16 12:23

**file**  16:9

**filed**  4:13

**fine**  18:1 21:1

**finished**  17:10

**focusing**  13:3

**forced**  5:20

**forget**  10:1 14:23 19:22

**found**  16:21

**G**

**Gallagher**  11:22 12:2 16:6

**general**  11:6

**gesture**  16:8

**gestures**  19:14

**gesturing**  8:22

**good**  4:11 9:22 11:18,19 12:1
14:11 16:8

**grade**  5:20,24

**graduate**  5:18

**grocery**  9:1,3

**guess**  20:21

**H**

**H-O-R-A-N**  4:17

**hand**  15:12

**health**  7:5

**hearing**  5:16 6:17,18,20

**heart**  9:20,21,22 11:8,12 12:9
13:21 14:2

**held**  5:25

**helpful**  12:14,16 16:4,5

**high**  5:18,21

**hip**  10:6 18:25

**home**  20:23

**Horan**  4:17 20:12,20

**hospital**  7:5 10:10,16,18,19
12:20 13:2 16:11,15 17:8 18:5

**Hospitals**  4:13 10:5,8 13:1,4,8
14:17 18:22 19:7

**I**

**II**  6:8,11 17:4

**ill**  16:20

**impairment**  5:16 6:17

**Indian**  12:17

**information**  13:18

**instructions**  5:4,6

**insurance**  6:24 7:5,7

**interpreter**  5:10,14 10:11 11:2
13:15,24 14:1,4,8,10,11,12,13,
15,18,19,22 15:6,10,14 16:11
17:9,20 18:8,24 19:1,3,17,25

**interpreters**  13:20 14:25 15:2,5
19:10,19

**issue**  18:21

**issues**  11:20 20:11

**J**

**J-O-H-N**  4:17

**job**  6:1

**John**  4:17 6:7,8,10,11 17:4,21
18:11 21:2

**Jr**  21:2

**K**

**K-I**  12:22

**kind**  19:9

**knowing**  19:7

**L**

**Lakewood**  10:9,13,14

**language**  8:13

**lawsuit**  4:12 16:9 19:16

**leave**  5:20 20:24

**left**  19:7

**life**  19:12

**lips**  7:12 15:16

**live**  6:11,21 9:22

**lived**  18:15 19:12

**lives**  6:12,23

**living**  18:11,13

**long**  12:5

**looked**  12:17

**M**

**made**  14:14

**male**  11:16,17

**March**  20:10,15

**Meaning**  15:7

**medical**  19:25

**memory**  9:14

**moment**  20:5

**months**  11:15

**morning**  4:11

**moved**  18:15

### N

**needed**  15:9

**nice**  12:18

**notes**  7:17,20 8:22 13:16,17,21, 24 15:17,18,24 16:2,7

**NOVEMBER**  17:23 20:4,17 21:1

**nurses**  13:8

### O

**occasion**  18:9 19:24

**Office**  6:2,25 7:8 8:15,18,20,23

**Ohio**  4:20

### P

**Pakistani**  12:18

**Parma**  4:19 10:10,16,19 14:5 16:14 18:5,13,16

**past**  19:10

**patient**  17:10,21

**Pennsylvania**  6:12,15

**people**  19:13

**person**  8:24 12:18 14:7

**Ph.d.**  6:16

**physician**  9:13 11:6

**place**  10:16

**point**  5:7 18:9 20:10

**Post**  6:2,25 7:8 8:15,18,19,23

**pretty**  11:19

**problem**  13:6

**problems**  8:23 11:24 12:19 13:4,7,10

**professionals**  20:1

**provide**  14:12 16:10

**provided**  13:25 14:4,25 19:11, 18

**providing**  19:19

**purchase**  9:7

**purchasing**  9:6

### Q

**question**  17:11,13

**questions**  4:12 5:10 15:25

### R

**read**  7:12 8:4 9:9,11

**reading**  15:16

**real**  15:22 16:17

**reason**  16:12

**recall**  18:8,21

**received**  19:8

**recess**  18:2

**recollect**  20:14

**record**  4:16 18:3 20:5,6,7

**refused**  16:10 19:18

**regular**  10:20,22 11:11

**remember**  14:5,16 16:19 19:22

**repeat**  5:12

**requested**  17:21

**resides**  4:21

**retire**  6:3

**retired**  6:4 11:22 12:4

**room**  10:21 16:16

### S

**school**  5:18,20,22,23 6:14

**schooling**  5:21

**Selah**  9:16,17 12:8,9,10,12

**short**  15:22

**shortness**  16:17

**sign**  8:11,12 17:6,18

**signing**  17:11

**signs**  17:19

**simplified**  15:23

**sit**  21:2

**son**  6:9 16:25 18:11 19:4

**sons**  6:6,20 16:25 17:1

**Southwest**  13:2

**speak**  7:14,15

**spelling**  10:25

**starts**  12:22

**state**  4:15

**stay**  18:9

**stop**  20:8,20

**store**  9:1,3

**student**  6:13

**studying**  6:15

**surgeries**  10:6 19:1

**surgery**  9:23,24,25 10:3,14 18:25

### T

**T-A-L-B-O-T**  4:19

**Talbot**  4:19

**talk**  20:5

**telling**  18:4

**thing**  15:21

**things**  9:9

**Thomas**  6:10,21

**til**  9:23

**Tim**  11:21 16:5

**time**  5:25 10:17 14:16 15:2 17:5, 7 19:21

**times**  15:13 18:25 19:2

**today**  9:1 20:9,15,19,20

**told**  14:14 15:6

**type**  7:19

## U

**understand**  5:8,9,11,15 9:9
13:11 15:19 20:11

**understands**  8:8 9:8

**University**  4:13 10:5,8,18 12:20
13:1,3,8 14:17 18:21 19:7

## V

**videophone**  7:22 8:1

**visit**  7:6 16:19 17:20

**visited**  11:7 14:2 15:2,14

**visits**  18:17,20

## W

**wait**  17:10

**wet**  11:13 15:12

**wife**  4:22 7:10,11,21 8:1,6,8,10
9:4,8,15 10:2 12:10,24 16:23,24
19:23

**work**  5:23 8:12

**worked**  5:24 6:2 8:17

**working**  8:15

**write**  8:4,17 13:15,17,21,24
15:24 16:2,7 20:3

**writing**  15:17,18 19:4,5,14

**written**  7:16 8:11

**Wrote**  8:22

## Y

**years**  6:4 8:15 9:23 10:4 12:3,6,7
13:5,8 14:23,24 15:1 16:7 18:23,
24 19:20

**yesterday**  10:19 11:10,14 14:1

**young**  14:6