**SOBEL, WADE & MAPLEY, LLC**
ATTORNEYS AT LAW

2460 FAIRMOUNT BLVD, SUITE 314                                             TEL/FAX: (216) 223-7213
CLEVELAND, OHIO 44106                                                      SOBEL@SWMLAWFIRM.COM

April 24, 2019

**By Electronic Mail Only:**
David A. Campbell
Gregory C. Scheiderer
Donald G. Slezak
Vorys, Sater, Seymour and Pease LLP
dacampbell@vorys.com
gcscheiderer@vorys.com
dgslezak@vorys.com

**Re: John Horan, et al. v. University Hospitals Health System, Inc., et al.; 1:18-cv-02054; Supplemental Discovery Responses**

Dear Counsel:

Per our discussion on April 19, 2019 correspondence, we offer the following supplemental interrogatory responses regarding the means Heather Wagley and Samantha Harry requested ASL interpretation services for medical care at UH.

First, for all appointments made with UH, Heather Wagley's Deaf Advocate, Lucette Kernz Collins, contacted the receptionists for Debora Anne DeJoseph, MD, Suzana Sarac-Leonard, MD, and Nuria Lacuey Lecumberri, MD to request that an on-site ASL interpreter be present. We are currently working to get more information regarding Ms. Collins and will provide that information to you as soon as we receive it.

Second, the father of Samantha Harry's children, Jamie Sarver, contacted the receptionist of Elizabeth Hagen, M.D. to request that on-site ASL interpreters be present for pediatrics appointments for Ms. Harry's children.

If we receive any additional information regarding requests made by our clients for ASL interpretation services at UH, we will forward that information to you.

Best,

*[signature]*

Sean H. Sobel